### Lowe, administrator, *et al. v.* Crawford.

Beck, J. The exceptions to the charge of the court and its rulings as to the admissibility of certain evidence in the case were without merit; and the evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur.*

Submitted February 12,—Decided July 24, 1908.

Eviction. Before Judge Little. Marion superior court. August 5, 1907.

*D. L. Parmer,* for plaintiffs in error. *W. D. Crawford,* contra.